BROWN-FORMAN DISTILLERS CORP. *v.*
COLLECTOR OF REVENUE.

No. 142.   Decided March 2, 1959.

*Harry McCall* for appellant.

*Robert L. Roland* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

E T & W N C TRANSPORTATION CO. *v.* CURRIE,
COMMISSIONER OF REVENUE OF
NORTH CAROLINA.

No. 524.   Decided March 2, 1959.

*Kester Walton* and *James H. Epps, Jr.* for appellant.

PER CURIAM.

The judgment is affirmed.   *Northwestern States Portland Cement Co.* v. *Minnesota,* and *Williams* v. *Stockham Valves & Fittings, Inc.,* 358 U. S. 450.

MR. JUSTICE FRANKFURTER, MR. JUSTICE WHITTAKER and MR. JUSTICE STEWART dissent for the reasons stated in the dissenting opinions in these cases.